Dismissed and Memorandum Opinion filed February 21, 2008








Dismissed
and Memorandum Opinion filed February 21, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00513-CV

____________

 

WAYNE BUFORD, Appellant

 

V.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ARTHUR
VELASQUEZ, ERNEST JOHNSON, HERMAN WESTON, JR., JAMES MOSSBAUGER, RORY KNOT,
CECILIA OKOYE, AND F. RODRIGUEZ, Appellees

 



 

On Appeal from the
412th District Court

Brazoria County,
Texas

Trial Court Cause
No. 31323

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 28, 2007.  On February 7, 2008, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 21, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.